IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-673-RJC-DCK

| | |
|---|---|
| PATRICIA NORCOM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NOVANT HEALTH, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Consent Motion For Extension To File Memorandum In Opposition To Defendant's Motion For Summary Judgment And Extend Trial Term Deadline" (Document No. 29) filed July 25, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Conrad's chambers, the undersigned will grant the motion with modification.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Consent Motion For Extension To File Memorandum In Opposition To Defendant's Motion For Summary Judgment And Extend Trial Term Deadline" (Document No. 29) is **GRANTED with modification**. Plaintiff shall have up to and including **August 19, 2022** to file a response in opposition to Defendant's Motion for Summary Judgment.

**IT IS FURTHER ORDERED** that the trial in this matter is continued to the **January 3, 2023** term.

**SO ORDERED**.

Signed: July 26, 2022

David C. Keesler
United States Magistrate Judge