IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-673-RJC-DCK

| | |
|---|---|
| PATRICIA NORCOM, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NOVANT HEALTH, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Extension…" (Document No. 31) filed August 16, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion. Further extensions of these deadlines are unlikely to be allowed.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Extension…" (Document No. 31) is **GRANTED**. Plaintiff shall file a response to "Defendant's Motion For Summary Judgment" (Document No. 27) on or before **August 24, 2022**; Defendant shall file a reply in support of its "…Motion For Summary Judgment" on or before **September 6, 2022**.

**SO ORDERED**.

Signed: August 16, 2022

David C. Keesler
United States Magistrate Judge